Michael K. Friedland (SBN 157,217)
mfriedland@kmob.com
Paul N. Conover (SBN 192,358)
pconover@kmob.com
Ali S. Razai (SBN 246,922)
ali.razai@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
OAKLEY, INC.

Jennifer Stisa Granick, Esq. (SBN 168,423)
jennifer@zwillgen.com
ZWILLGEN PLLC
425 Market Street, 22nd Floor
San Francisco, CA 94105
Telephone: (415) 684-8111
Facsimile: (415) 397-6309

Attorneys for Defendant
IOFFER CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>TALITOR FAR EAST COMPANY LIMITED, a Taiwan company, MUNGOSHOP.COM, a South Carolina company, SURPRISINGGIFT.COM, a South Carolina company, NUTECH TRADING USA INC., a New York corporation, IOFFER CORPORATION, a California corporation, TRIPLECLICKS, a Nebraska company, CARSON SERVICES INC., a Nebraska corporation, BRILLIANT STORE, INC., a California corporation, THE CAMERA BOX INC., a New York Corporation, LOCAL DEAL FINDER, a Massachusetts company, BARGAINS FOR YOU LLC, a Massachusetts company,<br><br>Defendants. | Case No. 11-CV-1305 DMS (WMC)<br><br>**JOINT MOTION TO DISMISS DEFENDANT IOFFER CORPORATION ONLY WITH PREJUDICE [F.R.C.P 41 (a)(1)(A)(ii)]** |

Pursuant to 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure Plaintiff Oakley, Inc. ("Oakley") and Defendant iOffer Corporation ("iOffer"), acting through their respective counsel of record, jointly move to dismiss with prejudice all claims, counterclaims, and defenses currently pending in the above-captioned action <u>as between Oakley and iOffer only</u>. This joint motion does not affect Oakley's claims against other defendants in this action.

Oakley and iOffer have reached an agreement to resolve their dispute. This joint motion is submitted pursuant to the terms of a Settlement Agreement between Oakley and iOffer ("Settlement Agreement"), effective as of August 29, 2011.

Therefore, Oakley and iOffer jointly move to dismiss with prejudice of all claims, counterclaims, and defenses currently pending in this action <u>as between Oakley and iOffer only</u>. Oakley and iOffer have agreed to bear their own costs and attorneys' fees.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: August 29, 2011        By: s/Ali Razai
                                  Michael K. Friedland
                                  Paul N. Conover
                                  Ali S. Razai

Attorneys for Plaintiff
OAKLEY, INC.

ZWILLGEN, PLLC

Dated: August 29, 2011        By: s/Jennifer Granick
                                  Jennifer S. Granick

Attorney for Defendant
IOFFER CORPORATION

## PROOF OF SERVICE

I hereby certify that on August 29, 2011, I caused the **JOINT MOTION TO DISMISS DEFENDANT IOFFER CORPORATION ONLY WITH PREJUDICE [F.R.C.P 41 (a)(1)(A)(ii)]** to be electronically filed with the Clerk of the Court using the CM/ECF system which will provide notice to the following ECF user(s):

Jennifer Stisa Granick
ZwillGen PLLC
425 Market Street, 22nd Floor
San Francisco, California 94105
jennifer@zwillgen.com
T: (415) 684-8111

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 29, 2011 at San Diego, California.

_____
Megan Ptacin

11829416
082911